No. 12–5421. RIGGS *v.* TUCKER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 12–5422. ROBLEDO *v.* JONES, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 12–5423. GOMEZ *v.* NEUBAUER, BRIGADIER GENERAL, COMMANDER, 56TH FIGHTER WING, LUKE AIR FORCE BASE, ET AL. C. A. 9th Cir. Certiorari denied.

No. 12–5426. DEVERS *v.* FAYRAM, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 12–5428. DAVIS *v.* INDIANA. Ct. App. Ind. Certiorari denied.

No. 12–5429. WOOLMAN *v.* NEBRASKA ET AL. C. A. 8th Cir. Certiorari denied.

No. 12–5430. ACUNA-REYNA *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 12–5431. BURCH *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 12–5434. LOPEZ *v.* CALIFORNIA. Ct. App. Cal., 4th App. Dist., Div. 3. Certiorari denied.

No. 12–5438. GARCIA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 12–5439. ORTIZ-FIGUEROA *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 12–5440. PEIRCE *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 12–5441. ACOSTA *v.* N. A. P. H. CARE ET AL. C. A. 9th Cir. Certiorari denied.

No. 12–5442. BROWN *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 12–5444. HALL *v.* LOUISIANA. Sup. Ct. La. Certiorari denied.